1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
9
10
TERENCE L. YOUNG, on behalf of the
Writers' Guild-Indus. Health Fund and
Producer-Writers Guild of
America Pension Plan,

                    Plaintiff,

          v.

KIA JAM, et al,

                    Defendants.

Case No.:  2:08-cv-07697-DDP-E

**RENEWAL OF DEFAULT
JUDGMENT BY CLERK**

11
12
13
14
15
16
17
18
19
20          Having originally entered the Default Judgment on April 14, 2009
21   ("Judgment") against Defendants Kia Jam *an individual*, TBT Distribution LLC *a*
22   *Delaware Limited Liability Company*, and Capitol Films Development, LLC *a*
23   *California Limited Liability Company* (collectively "Judgment Debtors").
24          NOW, having renewed the application of Plaintiff, TERENCE L. YOUNG,
25   on behalf of the Writers' Guild-Indus. Health Fund and Producer-Writers Guild of
26   America Pension Plan, ("Judgment Creditor"), and upon declaration and showing
27   that Judgment Debtor has failed to pay the total amount of said Judgment and
28   remain indebted to Judgment Creditors.

The money Judgment against Judgment Debtors is renewed in the amount of $42,375.03, as follows:

    a.    Total of Prior Default Judgment (Entered April 14, 2009; *See* ECF No.17)…………................. **$34,253.49**
*($31,271.95 for Damages, $2,981.54 Interest)*

    b.    Total of Prior Attorney's Fees and Costs Awarded (*See* ECF No.20).................................. **$5,725.00**
*($5,375Fees, $350 Costs)*

    c.    Post-Judgment Interest through January 16, 2019, at 0.60%.................................................... **$2,396.54**

    d.    **Total Renewed Judgment** <u>**$42,375.03**</u>

DATED: <u>  January 24, 2019  </u>

                                                                  Sharon Hall-Brown
                                                    DEPUTY CLERK

KIRY K. GRAY, CLERK OF COURT